IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| BLUE GENTIAN, LLC and NATIONAL EXPRESS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TRISTAR PRODUCTS, INC., <br><br> Defendant. | Civil No. 13-1758(NLH/AMD) <br> [Doc. No. 141] |
| BLUE GENTIAN, LLC and NATIONAL EXPRESS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WAL-MART STORES, INC., d/b/a SAM'S CLUB and SAM'S WHOLESALE CLUB, <br><br> Defendant. | Civil No. 13-7099(NLH/AMD) <br> [Doc. No. 94] |

**ORDER**

This matter comes before the Court by way of Plaintiffs' Blue Gentian, LLC, and National Express, Inc. (hereinafter, "Plaintiffs") motions in Civil Action Nos. 13-1758 and 13-7099 to dissolve the stay of Civil Action No. 13-7099 and to consolidate Civil Action No. 13-7099 into Civil Action No. 13-1758 (See Motion to Consolidate Cases, No. 13-1758 [Doc. No. 141], 1-2; see also

Motion to Consolidate Cases, No. 13-7099 [Doc. No. 94], 1-2); and the Court having reviewed the parties' submissions; and having further conducted oral argument on the record on September 29, 2015; and the Court noting the following appearances: George Jones, Esquire, and Edward McHale, Esquire, appearing on behalf of Plaintiffs; and Noam J. Kritzer, Esquire, appearing on behalf of Defendants; and for the reasons set forth on the record, and for good cause shown:

    IT IS on this **30th** day of **September 2015**

    **ORDERED** that Plaintiffs' motions to consolidate and to dissolve the stay of Civil Action No. 13-7099 [Doc. No. 141 in Civil No. 13-1758; Doc. No. 94 in Civil No. 13-7099] shall be, and are hereby, **<u>GRANTED</u>;** and it is further

    **ORDERED** that the above-captioned matters filed under Civil Action Nos. 13-1758 and 13-7099 shall be, and are hereby, consolidated for all purposes under Civil Action No. 13-1758; and it is further

    **ORDERED** that the parties shall meet and confer and submit a proposed scheduling order by no later than **October 14, 2015.**

                                      s/ Ann Marie Donio
                                        ANN MARIE DONIO
                                        UNITED STATES MAGISTRATE JUDGE

cc: Hon. Noel L. Hillman