**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

BLUE GENTIAN, LLC, NATIONAL EXPRESS, INC., and TELEBRANDS CORP.,[1]

Plaintiffs,

v.

TRISTAR PRODUCTS, INC. and WAL-MART STORES, INC. d/b/a SAM'S CLUB and SAM'S WHOLESALE CLUB,

Defendants.

No. 1:13-cv-1758 (NLH/AMD)

**ORDER**

For the reasons expressed in the Court's Opinion filed today,

IT IS on this 14th day of November, 2017

ORDERED that, following Plaintiffs' appeal [252], the Magistrate Judge's Order [250] is hereby **AFFIRMED**; and it is further

ORDERED that Plaintiffs shall produce the September 1, 2015 Settlement and License Agreement to Defendants in its unredacted form by no later than thirty days from the date of this Order; and it is further

---

[1] By a June 19, 2017 Order, Telebrands Corp. was added as a party plaintiff and counterclaim defendant.

ORDERED that counsel for Defendants shall maintain the unredacted Agreement on an Attorneys' Eyes Only basis and shall not share any portion with in-house counsel for Defendants.

s/ Noel L. Hillman

At Camden, New Jersey

NOEL L. HILLMAN, U.S.D.J.