Noam J. Kritzer, Esq.
**KRITZER MCPHEE LLP**
23 Vreeland Road, Suite 104
Florham Park, New Jersey 07932
Telephone:  (973) 679-7272
Email: nkritzer@kmpatentlaw.com
*Counsel for Tristar Products, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| | |
|---|---|
| BLUE GENTIAN, LLC,<br><br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>TRISTAR PRODUCTS, INC.,<br><br>　　　　　*Defendant*. | Civil Action No.: 1:13-cv-01758-NLH-AMD |

**NOTICE OF CHANGE OF LAW FIRM AND CONTACT INFORMATION**

PLEASE TAKE NOTICE that, effective December 23, 2022, Noam J. Kritzer, counsel to Tristar Products, Inc. in the above-captioned matter, has joined the law firm of Kritzer McPhee LLP.  My mailing address, contact telephone number, and email address are now:

> Noam J. Kritzer
> **KRITZER MCPHEE LLP**
> 23 Vreeland Road, Suite 104
> Florham Park, New Jersey 07932
> Tel:  (973) 679-7272
> Email: nkritzer@kmpatentlaw.com

As counsel for Tristar Products, Inc., I respectfully request that the Clerk and all counsel update their records with this new firm name and contact information.

Dated: December 23, 2022 		Respectfully submitted,

s/ *Noam J. Kritzer*
Noam J. Kritzer
**KRITZER MCPHEE LLP**
23 Vreeland Road, Suite 104
Florham Park, New Jersey 07932
Tel: (973) 679-7272
Email: nkritzer@kmpatentlaw.com
*Counsel for Tristar Products, Inc.*

c: All Counsel of Record (via ECF)